IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN REIBER, *et al.*, <br><br>         *Plaintiffs*, <br><br> v. <br><br> P/O STEVEN FILIPONE, *et al.*, <br><br>         *Defendants*. | CIVIL ACTION <br> NO. 15-06192 |

## ORDER

**AND NOW**, this 20th day of June, 2016, upon consideration of Defendant Penthouse Club @ Philly's ("Penthouse Club") Motion to Dismiss (ECF No. 9), Plaintiffs' Response (ECF No. 14), Penthouse Club's Reply (ECF No. 17) and oral argument heard on June 13, 2016 (ECF No. 19), it is hereby **ORDERED** that the Motion to Dismiss is **GRANTED**. All claims against Penthouse Club are dismissed with prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.