IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN REIBER, *et al.*, <br><br>      *Plaintiffs*, <br><br>v. <br><br>P/O STEVEN FILLIPONE, *et al.*, <br><br>      *Defendants*. | CIVIL ACTION <br> NO. 15-6192 |

## SCHEDULING ORDER

**AND NOW**, this 30th day of June, 2016, following a conference with counsel for the parties, it is **ORDERED** that:

    1.    The case is referred to Magistrate Judge Elizabeth Hey for settlement.  Judge Hey will contact the parties to schedule a settlement conference.

    2.    Discovery shall be completed by **October 31, 2016**.

    3.    All motions for summary judgment, if any, shall be filed on or before **November 7, 2016**.  Responses to any such motions shall be filed by **November 21, 2016** and replies, if any, shall be filed by **November 28, 2016**.

    4.    All motions in limine shall be filed on or before **December 9, 2016**.  Responses shall be filed on or before **December 16, 2016**.

    5.    Plaintiff and Defendant shall file their pretrial memoranda by **December 23, 2016**.  Pretrial memoranda shall address all of the topics listed in Local Rule of Civil Procedure 16.1(c) and the Court's Policies and Procedures.

    6.    A final pretrial conference will be held on **January 5, 2017 at 2:00 p.m. in Chambers (Room 5614)**.  At the final pretrial conference, counsel shall be prepared to discuss

1

all aspects of their pretrial memoranda.  It is expected that counsel will have conferred regarding their objections to anything in the pretrial memoranda prior to the final pretrial conference, leaving for the Court only those objections the parties could not resolve.  Counsel shall also bring to the pretrial conference two copies of the joint trial exhibit book described in Paragraph II.I.13 of the Court's Policies and Procedures.

7. Plaintiff and Defendant shall file and submit to the Court by **January 5, 2017** their proposed jury instructions, verdict form or special interrogatories to the jury consistent with all requirements in Paragraph II.H(d) of the Court's Policies and Procedures.

8. This case will be listed for trial on **January 17, 2017 at 9:30 a.m. in a Courtroom to be determined**.  Counsel and all parties shall be prepared to commence trial on that date.

9. All filings, conferences, and pretrial procedures shall conform to Judge Pappert's Policies and Procedures, available at www.paed.uscourts.gov.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.