IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN REIBER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> P/O STEVEN FILLIPONE, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 15-6192 |

## ORDER

**AND NOW**, this 2nd day of December, 2016, upon consideration of Defendant Penthouse Club @ Philly's ("Penthouse") Motion to Dismiss (ECF No. 35), Plaintiffs' Response (ECF No. 36), and Penthouse's Reply (ECF No. 37), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.